### 34253. HOLLOWAY *v.* GEORGE F. DOYAL INCORPORATED.

FELTON, J. Code § 46-105 provides: "When such affidavit shall have been made and bond given, it shall be the duty of the officer before whom the same was made . . to issue a summons of garnishment directed to the person sought to be garnished, requiring him to appear at the next term of the court where such suit is pending or *where such judgment was obtained"* (emphasis supplied). Therefore, the Civil Court of Fulton County does not have jurisdiction to issue a summons of garnishment based on a judgment obtained in Fulton Superior Court and to enter a judgment thereon. *Durden* v. *Belt*, 61 *Ga.* 545 (1).

The court did not err in setting aside the judgment.

*Judgment affirmed. Sutton, C.J., and Worrill, J., concur.*

DECIDED OCTOBER 17, 1952.

*F. L. Breen*, for plaintiff in error.
*A. Paul Cadenhead, Nall & Sterne*, contra.